UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN ASHBY,

    Plaintiff,

v.

KLINKHAMMER,

    Defendant.

Civil No. 07-4043 (DSD/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is dismissed without prejudice.

Dated: October 19, 2007

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court